IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID DALE WISER                                                                    PLAINTIFF

        v.                  Civil No. 06-5227
GRAVETTE POLICE
DEPARTMENT; DECATUR
POLICE DEPARTMENT; and
BENTON COUNTY SHERIFF'S
DEPARTMENT                                                                          DEFENDANTS

**ORDER**

    The court has learned the plaintiff is no longer incarcerated in the Benton County Detention Center.  When he was booked in, he provided a home address to detention center officials.

    The court hereby directs the same to be entered of record this date and a file-marked copy provided to all parties of record.  The clerk is also directed to re-mail to plaintiff any pleadings or correspondence which may have been returned as undeliverable.

    Plaintiff's new address is:

> Mr. David Dale Wiser
> 112 S.W. 5th St.
> Gravette, AR  72736

    **The clerk is directed to mail the plaintiff a copy of the order entered on December 7, 2006 (Doc. 4) and attached addendum.  Plaintiff is given an extension of time until February 12, 2007, to complete, sign, and return the addendum**.  Plaintiff is advised that if he fails to return the addendum this case will be subject to dismissal based on his failure to obey

the orders of the court.  Further, plaintiff is reminded that he has an obligation to keep the court informed at all times of his current address.

        IT IS SO ORDERED this 26th day of January 2007.

                                                  /s/ *J. Marschewski*
                                                  HON. JAMES R. MARSCHEWSKI
                                                  UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**