IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID DALE WISER                                                    PLAINTIFF

      v.      Civil No. 06-5227

GRAVETTE POLICE DEPARTMENT;
DECATUR POLICE DEPARTMENT; and
BENTON COUNTY SHERIFF'S DEPARTMENT                                  DEFENDANTS

### O R D E R

Now on this 28th day of March, 2007, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #7), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed**.

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE